PD-0256-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/9/2015 12:00:00 AM
Accepted 3/10/2015 9:11:45 AM
ABEL ACOSTA
CLERK

No. _____

In the
Texas Court of Criminal Appeals
At Austin

_____

**No.** 06-14-00150-CR

In the Court of Appeals for the
Sixth District of Texas
At Texarkana

_____

FILED IN
COURT OF CRIMINAL APPEALS

March 10, 2015

ABEL ACOSTA, CLERK

**TIM PETTY,**
**Appellant**

*v.*

**STATE OF TEXAS,**
**Appellee**

_____

**FIRST MOTION FOR EXTENSION OF TIME**
**TO FILE PETITION FOR DISCRETIONARY REVIEW**
**OF APPELLANT TIM PETTY**

_____

COMES NOW, Micah Belden, Counsel for Tim Petty, and moves for a one-day extension of time and would show:

1. The Sixth Court of Appeals below filed its opinion on February 4, 2015.  A petition for discretionary review therefore was due on March 6, 2015.

2. Due to a calendaring error of Counsel based on February having 28 days, he had it marked down as due March 7, 2015, and therefore due to be filed on March 9, 2015 as March 7, 2015 was a Saturday.

3. Counsel has also been extremely busy and heavily weighed down in two federal civil cases with multiple discovery deadlines due throughout the month of February and the first week of March, in addition to a full time criminal practice. Co-counsel on the civil cases has had unexpected military commitments arise. That, plus several lost days of work due to severe winter weather in north Texas made it impractical for counsel to finish this petition for review prior to March 7, 2015.

4. Counsel requests a one day extension for the brief so that he may turn it in by March 9, 2015, and is filing the completed petition in addition to filing this motion. It is a simple one-issue petition from a motion to adjudicate guilt. No prejudice will from filing it electronically today, Sunday March 8, 2015, than if counsel had timely filed it at the end of the day on March 6, 2015. The Defendant in the case is incarcerated on this charge.

5. No previous motion to extend time has been filed regarding this petition for discretionary review. No motion for reconsideration was filed in the Court of Appeals.

6. Counsel's late filing of the petition was not for delay, and not intentionally committed. Counsel would show that it was excusable neglect, and that it also would have been impractical for counsel to finish prior to March 7, 2015, and prays that this motion be granted for a one day extension.

Respectfully submitted,

Micah Belden
711 N. Travis
Sherman, TX 75090
Telephone: (903) 744-4252
Fax: (903) 893-1734
State Bar No. 24044294
Board Certified in Criminal Law
Texas Board of Legal Specialization

## CERTIFICATE OF SERVICE

I do hereby certify that on this March 8, 2015, a true and correct copy of this motion was forwarded by email to:

Brad Setterberg
Assistant Fannin County District Attorney
101 E. Sam Rayburn, Third Floor
Bonham, TX 75418

_____/s/_____

Micah Belden